UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TIGER TELEMATICS, INC., etc.,

     Plaintiff,

     v.                   No.3:05-cv-146-J-12MCR

D. WECKSTEIN & CO., INC., etc.,
et al.,

     Defendants.

_____

## ORDER OF DISMISSAL

Having been advised by Plaintiff's Notice of Settlement (Doc.10), filed April 25, 2005, that the parties have entered into a settlement agreement and will shortly be filing a stipulation of dismissal with prejudice, it is

**ORDERED** that this cause is hereby **DISMISSED**, subject to the right of any party to move within sixty (60) days of the date of entry of this Order, to reopen the action, upon good cause shown, or to submit a stipulated form of final order or judgment. The Clerk is directed to close the case and to terminate all pending motions.

**DONE AND ORDERED** this _28TH_ day of April 2005.

Howell W. Melton
**SENIOR UNITED STATES DISTRICT JUDGE**

c:     Counsel of Record